# Third District Court of Appeal

## State of Florida

Opinion filed September 21, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0012
Lower Tribunal Nos. 16-5009 CC, 18-137 AP

_____

**Ilana Rigwan,**
Appellant,

vs.

**South Beach Bayside Condominium Association I, Inc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Patricia Marino Pedraza, Judge.

Ilana Rigwan a/k/a L Powers, in proper person.

No appearance, for appellee.

Before LOGUE, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.